**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| HUBERTUS HETTERSCHEID, II<br>AMANDA R HETTERSCHEID | § § § § | Case No. 16-80405 |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 136,700.00         Assets Exempt: 18,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,414.31         Claims Discharged
                                                   Without Payment: 234,664.11

Total Expenses of Administration: 873.69

3) Total gross receipts of $ 3,288.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,288.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 148,902.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 873.69 | 873.69 | 873.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,493.00 | 42,683.42 | 42,683.42 | 2,414.31 |
| **TOTAL DISBURSEMENTS** | $ 194,395.00 | $ 43,557.11 | $ 43,557.11 | $ 3,288.00 |

    4)  This case was originally filed under chapter 7 on  02/23/2016 .  The case was pending for 10 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/06/2016                    By:/s/BERNARD J. NATALE
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refunds For 2015 Federal | 1124-000 | 3,288.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,288.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank, P.O. Box 6201 Carol Stream, IL 60197-6201 | | 1,830.00 | NA | NA | 0.00 |
| | Loan Depot, P.O. Box 77404 Ewing, NJ 08628 | | 147,072.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 148,902.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 822.00 | 822.00 | 822.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 1.69 | 1.69 | 1.69 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 873.69 | $ 873.69 | $ 873.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AEO/Synchrony Bank, PO Box 530942 Atlanta, GA 30353-0942 | | 189.71 | NA | NA | 0.00 |
| | Amazon Visa, Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | 2,624.15 | NA | NA | 0.00 |
| | Best Buy, P.O. Box 78009 Phoenix, AZ 85062-8009 | | 669.96 | NA | NA | 0.00 |
| | Capital One Bank, P O Box 6492 Carol Stream, IL 60197-6492 | | 5,256.55 | NA | NA | 0.00 |
| | Care Credit, PO Box 960061 Orlando, FL 32896-0061 | | 820.48 | NA | NA | 0.00 |
| | Citi, P.O. Box 6004 Sioux Falls, SD 57117-6004 | | 23,419.08 | NA | NA | 0.00 |
| | Comenity Bank, PO Box 659704 San Antonio, TX 78265-9704 | | 1,036.95 | NA | NA | 0.00 |
| | Discover, P O Box 6103 Carol Stream, IL 60197-6103 | | 10,372.34 | NA | NA | 0.00 |
| | Sprint, P.O. Box 4191 Carol Stream, IL 60197 | | 428.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Children's Place Plan, P.O. Box 9001006 Louisville, KY 40290-1006 | | 675.42 | NA | NA | 0.00 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 5,256.55 | 5,256.55 | 297.33 |
| 2 | Discover Bank | 7100-000 | NA | 10,371.94 | 10,371.94 | 586.67 |
| 7 | Midland Credit Management Inc | 7100-000 | NA | 323.12 | 323.12 | 18.28 |
| 8 | Midland Credit Management Inc | 7100-000 | NA | 857.48 | 857.48 | 48.49 |
| 4 | Pyod, Llc As Assignee | 7100-000 | NA | 23,419.08 | 23,419.08 | 1,324.66 |
| 5 | Pyod, Llc As Assignee | 7100-000 | NA | 726.10 | 726.10 | 41.07 |
| 6 | Pyod, Llc As Assignee | 7100-000 | NA | 669.96 | 669.96 | 37.90 |
| 1 | Quantum3 Group LLC as agent for | 7100-000 | NA | 1,059.19 | 1,059.19 | 59.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,493.00 | $ 42,683.42 | $ 42,683.42 | $ 2,414.31 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-80405 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | HUBERTUS HETTERSCHEID, II | | | | Date Filed (f) or Converted (c): | 02/23/2016 (f) |
| | AMANDA R HETTERSCHEID | | | | 341(a) Meeting Date: | 03/31/2016 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 07/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 356 Council Trail Lake In The Hills Il 60156-0000 Mchenry | 135,000.00 | 135,000.00 | | 0.00 | FA |
| 2. 2010 Mazda Mazda 5 Mileage: 74000 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 3. 2004 Hyundai Elantra Mileage: 154000 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Furniture, Furnishings And Supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Television, Misc Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Checking | 400.00 | 0.00 | | 0.00 | FA |
| 8. Union Retirement Fund | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. Tax Refunds For 2015 Federal | 0.00 | 0.00 | | 3,288.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $148,300.00 | $141,500.00 | | $3,288.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO RECEIVE NON EXEMPT PORTION OF TAX REFUND. CLAIMS WILL BE EXAMINED AFTER BAR DATE.


Initial Projected Date of Final Report (TFR): 08/31/2016     Current Projected Date of Final Report (TFR): 12/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-80405 | Trustee Name: BERNARD J. NATALE |
| Case Name: HUBERTUS HETTERSCHEID, II | Bank Name: Associated Bank |
| AMANDA R HETTERSCHEID | Account Number/CD#: XXXXXX8210 |
| | Checking |
| Taxpayer ID No: XX-XXX3697 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/16 | 9 | Hubertus A Hetterscheid<br>356 Council Trail<br>Lake in the Hills IL 60156-1540 | Tax Refund<br>Non-exempt portion of tax refund. | 1124-000 | $3,288.00 | | $3,288.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,278.00 |
| 06/02/16 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $1.69 | $3,276.31 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,266.31 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,256.31 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,246.31 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,236.31 |
| 10/25/16 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $822.00 | $2,414.31 |
| 10/25/16 | 1103 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 1 representing a payment of 5.66 % per court order. | 7100-000 | | $59.91 | $2,354.40 |
| 10/25/16 | 1104 | Discover Bank<br>Discover Products Inc<br>P.O. Box 3025<br>New Albany Ohio 43054 | Final distribution to claim 2 representing a payment of 5.66 % per court order. | 7100-000 | | $586.67 | $1,767.73 |
| 10/25/16 | 1105 | Capital One Bank (Usa), N.A.<br>American Infrosource LP<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 5.66 % per court order. | 7100-000 | | $297.33 | $1,470.40 |

Page Subtotals: $3,288.00    $1,817.60

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-80405 | Trustee Name: BERNARD J. NATALE |
| Case Name: HUBERTUS HETTERSCHEID, II | Bank Name: Associated Bank |
| AMANDA R HETTERSCHEID | Account Number/CD#: XXXXXX8210 |
| | Checking |
| Taxpayer ID No: XX-XXX3697 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/16 | 1106 | Pyod, Llc As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | | $1,403.63 | $66.77 |
| | | Pyod, Llc As Assignee | Final distribution to claim 4 representing a payment of 5.66 % per court order. | ($1,324.66) | 7100-000 | | | |
| | | Pyod, Llc As Assignee | Final distribution to claim 5 representing a payment of 5.66 % per court order. | ($41.07) | 7100-000 | | | |
| | | Pyod, Llc As Assignee | Final distribution to claim 6 representing a payment of 5.66 % per court order. | ($37.90) | 7100-000 | | | |
| 10/25/16 | 1107 | Midland Credit Management Inc Midland Funding LLC Po Box 2011 Warren, Mi 48090 | Distribution | | | | $66.77 | $0.00 |
| | | Midland Credit Management Inc | Final distribution to claim 7 representing a payment of 5.66 % per court order. | ($18.28) | 7100-000 | | | |
| | | Midland Credit Management Inc | Final distribution to claim 8 representing a payment of 5.66 % per court order. | ($48.49) | 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,288.00 | $3,288.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,288.00 | $3,288.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,288.00 | $3,288.00 |

Page Subtotals: $0.00 $1,470.40

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8210 - Checking | $3,288.00 | $3,288.00 | $0.00 |
|  | $3,288.00 | $3,288.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,288.00 |
| Total Gross Receipts: | $3,288.00 |